IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTY K. PAULY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNIFIN, INC., RESURGENT CAPITAL SERVICES, L.P., and OLIVER WRIGHT & ASSOCIATES,<br><br>　　　　　　Defendants. | 8:21CV156<br><br>ORDER TO SHOW CAUSE |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiffs commenced this action on April 19, 2021. (Filing No. 1). On April 30, 2021, Plaintiffs filed a summons return purporting to show defendant UNIFIN, Inc. was served on April 23, 2021. (Filing No. 8). On May 6, 2021, Plaintiff filed a summons return purporting to show defendant Oliver Wright & Associates was served on April 30, 2021. (Filing No. 10). To date, those defendants have not filed any responsive pleading and Plaintiff has taken no further action in this case. Plaintiff have a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, voluntarily dismiss those defendants, or take other action as appropriate. Under the circumstances, Plaintiffs must make a showing of good cause for failure to prosecute or the action must be dismissed. Accordingly,

**IT IS ORDERED:** On or before **July 9, 2021**, Plaintiffs must show cause why this case should not be dismissed as to defendants UNIFIN, Inc. and Oliver Wright & Associates for failure to prosecute or take some other appropriate action.

Dated this 23rd day of June, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge