IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTY K. PAULY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>UNIFIN, INC.; RESURGENT CAPITAL SERVICES, L.P.; and OLIVER WRIGHT & ASSOCIATES,<br><br>　　　　　　　Defendants. | 8:21CV156<br><br>ORDER DISMISSING DEFENDANT UNIFIN, INC., WITH PREJUDICE |

After the Court entered its Order Dismissing Defendants Resurgent Capital Services, L.P., and UNIFIN, Inc., Without Prejudice, Filing 54, it came to the Court's attention that Plaintiff and Defendant UNIFIN, Inc., have now filed a Stipulation to Dismiss Defendant UNIFIN, Inc., With Prejudice, Filing 53.

IT IS ORDERED that, pursuant to Plaintiff and Defendant UNIFIN's Stipulation to Dismiss Defendant UNIFIN, Inc., With Prejudice, Filing 53, this case against Defendant UNIFIN, Inc., is dismissed with prejudice. The prior dismissal of this case against Defendant Resurgent Capital Services, L.P., remains a dismissal without prejudice. The case remains pending against defaulted defendant Oliver Wright & Associates.

Dated this 21st day of June, 2022.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1